IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: Woodard, Chester L | Case Number: 08 B 03342 |
| Woodard, Iris | Judge: Wedoff, Eugene R |
| Printed: 10/14/08 | Filed: 2/14/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 31, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 5,126.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 5,126.00 |
| Totals: | 5,126.00 | 5,126.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 2. | Select Portfolio Servicing | Secured | 23,129.99 | 0.00 |
| 3. | Providian Bank | Unsecured | 181.40 | 0.00 |
| 4. | Capital One | Unsecured | 56.87 | 0.00 |
| 5. | Capital One | Unsecured | 66.45 | 0.00 |
| 6. | Capital One | Unsecured | 153.05 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 548.01 | 0.00 |
| 8. | Midland Credit Management | Unsecured | 96.57 | 0.00 |
| 9. | Monterey Financial Services | Unsecured | 103.79 | 0.00 |
| 10. | Jefferson Capital Systems LLC | Unsecured | 129.19 | 0.00 |
| 11. | Jefferson Capital Systems LLC | Unsecured | 85.60 | 0.00 |
| 12. | Ford Motor Credit Corporation | Unsecured | 911.76 | 0.00 |
| 13. | Village of Hazel Crest | Unsecured | 75.00 | 0.00 |
| 14. | Unifund Corporation | Unsecured | 224.98 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 50.35 | 0.00 |
| 16. | AT&T Wireless | Unsecured | 33.52 | 0.00 |
| 17. | B-Real LLC | Unsecured | 12.30 | 0.00 |
| 18. | Internal Revenue Service | Priority | | No Claim Filed |
| 19. | Argent Healthcare Fin | Unsecured | | No Claim Filed |
| 20. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 21. | First National Bank | Unsecured | | No Claim Filed |
| 22. | Bay Furniture | Unsecured | | No Claim Filed |
| 23. | AT&T | Unsecured | | No Claim Filed |
| 24. | Enterprise Rent A Car | Unsecured | | No Claim Filed |
| 25. | Financial Control | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Woodard, Chester L  
Woodard, Iris  
Printed: 10/14/08

Case Number: 08 B 03342  
Judge: Wedoff, Eugene R  
Filed: 2/14/08

| | | | | |
|---|---|---|---|---|
| 26. | Household Bank FSB | Unsecured | | No Claim Filed |
| 27. | American General Finance | Unsecured | | No Claim Filed |
| 28. | Instant Cash Advance | Unsecured | | No Claim Filed |
| 29. | First Premier | Unsecured | | No Claim Filed |
| 30. | Medclr Inc | Unsecured | | No Claim Filed |
| 31. | Neurology Consultants, S.C. | Unsecured | | No Claim Filed |
| 32. | Overland Bond & Investment Corp | Unsecured | | No Claim Filed |
| 33. | Payday Loan | Unsecured | | No Claim Filed |
| 34. | Ralph's Heating | Unsecured | | No Claim Filed |
| 35. | Providian Financial | Unsecured | | No Claim Filed |
| 36. | Social Security Administration | Unsecured | | No Claim Filed |
| 37. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 38. | Unicare Life & Health Ins | Unsecured | | No Claim Filed |
| 39. | Zenith Acquisition | Unsecured | | No Claim Filed |
| 40. | Village Of Matteson | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 25,858.83 | $ 0.00 |

### TRUSTEE FEE DETAIL

Fee Rate          Total Fees  
_____  
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____